UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Erik Johnson, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 2:15-cv-109 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| Michael E. Kushnir, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## **JUDGMENT**

Having granted Defendants' motion to dismiss for lack of jurisdiction, all pending matters in this lawsuit have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

**THIS LAWSUIT IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 14, 2015                    /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge